# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

127863 & (78)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                        SC: 127863
                                        COA: 246345
IVAN LEE BECHTOL,                           Kalkaska CC: 01-002162-FC
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 30, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand for an evidentiary hearing is also considered, and it is DENIED, without prejudice to defendant's right to seek post-appeal relief pursuant to MCR 6.500.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

p1026